

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00079-CR

FELLISIA MESHAUN FORD, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 15-0398X

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Appellant Fellisia Meshaun Ford was convicted of assaulting a public servant and evading arrest/detention with a vehicle and was sentenced to nine years' imprisonment. On August 8, 2018, Ford's court-appointed appellate counsel, Timothy J. Cariker, filed an *Anders*[1] brief, and on August 14, 2018, Ford filed her pro se motion for access to the record. Pursuant to *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014), we are now required to enter an order specifying the procedure to be followed to ensure Ford's access to the record. This order is intended to accomplish that goal.

Cariker advised this Court that on August 6, 2018, he mailed a complete paper copy of the appellate record to Ford. Allowing a generous fifteen days for that record to be delivered to Ford and giving Ford thirty days to prepare and file her pro se response, we hereby set September 20, 2018, as the deadline for Ford to file her pro se response to Cariker's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

Date: August 21, 2018

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).